**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IGNACIO MERCEDES AQUINO,** | : | No. 4:26-cv-00496 |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **(Chief Judge Brann)** |
| | : | |
| **KRISTI NOEM, et al.,** | : | |
| **Respondents** | : | **Filed Electronically** |

# O R D E R

**AND NOW**, this 13th day of March 2026, upon consideration of Respondent's Motion for Leave to File Omnibus Response, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Respondent may file a consolidated response in opposition to Petitioner's habeas petition and related motions for relief. (Docs. 1-5.)

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge