**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IGNACIO MERCEDES AQUINO, | | No. 4:26-CV-00496 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| KRISTI NOEM, *et al.*, | | |
| Respondents. | | |

## ORDER

**JUNE 4, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Mercedes Aquino's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED** in part;

2. The Government **SHALL** either shall release Mercedes Aquino on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Mercedes Aquino with an individualized bond hearing at which he may present evidence on or before Thursday, June 18, 2026;

3. On or before Monday, June 29, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk);

4.    Mercedes Aquino's motions for immediate release (Docs. 2, 14) are **DENIED**;

5.    Mercedes Aquino's motions for a temporary restraining order (Docs. 4, 16) are **DENIED**;

6.    Mercedes Aquino's motions for a stay of removal (Docs. 5, 17) are **DENIED**;

7.    Mercedes Aquino's motions to expedite (Docs. 3, 15) are **DENIED** as moot; and

8.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2