**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IGNACIO MERCEDES AQUINO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | No. 4:26-CV-00496<br><br>(Chief Judge Brann) |

**ORDER**

**AUGUST 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner Ignacio Mercedes Aquino's motion to enforce compliance with the Court's prior Order, Doc. 21, is **DENIED.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge